# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 030. US 046. G & S: CHEESEBURGERS, HAMBURGERS, FRENCH FRIED POTATOES, HOT COFFEE, * and * MILK [, AND HOT CHOCOLATE ]. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000<br><br>IC 042. US 100 101. G & S: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.13.03 - Advertising, signs, mounted or with posts or standards; Street signs (mounted on posts)<br>24.15.25 - Other arrows<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 72452847 |
| **Filing Date** | March 29, 1973 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1031096** |
| **Registration Date** | January 20, 1976 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE NINTH FLOOR IRVINE CALIFORNIA 92612 |

| | |
|---|---|
| **Attorney of Record** | VALERIE SARIGUMBA |
| **Prior Registrations** | 0994801 |
| **Disclaimer** | NO REGISTRATION RIGHTS ARE CLAIMED FOR THE WORD "BURGER" APART FROM THE MARK SHOWN, BUT THE APPLICANT WAIVES NONE OF ITS COMMON LAW RIGHTS IN THE MARK SHOWN OR ANY OF THE FEATURES SHOWN. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060114. |
| **Renewal** | 2ND RENEWAL 20060114 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

# EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 042. US 100. G & S: RESTAURANT SERVICES AND CARRYOUT RESTAURANT SERVICES. FIRST USE: 19600200. FIRST USE IN COMMERCE: 19600200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.03.06 - Art galleries; Bars, cocktail Lounge; Delicatessens; Discos; Drive-in-theaters; Galleries, art; Grocery stores; Restaurants; Service stations; Stores (building); Supermarket; Theaters<br>24.15.25 - Other arrows |
| **Serial Number** | 72452850 |
| **Filing Date** | March 29, 1973 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1023506** |
| **Registration Date** | October 21, 1975 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE IRVINE CALIFORNIA 92612 |
| **Attorney of Record** | ARNOLD M WENSINGER |
| **Disclaimer** | NO REGISTRATION RIGHTS ARE CLAIMED FOR THE WORD "BURGER" APART FROM THE MARK SHOWN, BUT THE APPLICANT WAIVES NONE OF ITS COMMON LAW RIGHTS IN THE |

MARK SHOWN OR ANY OF THE FEATURES SHOWN.

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150410. |
| **Renewal** | 3RD RENEWAL 20150410 |
| **Live/Dead Indicator** | LIVE |

---

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

---

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT C



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    BOTTOM    HELP

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 030. US 046. G & S: CHEESEBURGERS, HAMBURGERS, FRENCH FRIED POTATOES, HOT COFFEE, AND MILK, [ HOT CHOCOLATE ]. FIRST USE: 19490000. FIRST USE IN COMMERCE: 19490000<br><br>IC 042. US 100 101. G & S: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES. FIRST USE: 19490000. FIRST USE IN COMMERCE: 19490000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72451483 |
| **Filing Date** | March 15, 1973 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1031095** |
| **Registration Date** | January 20, 1976 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE, NINTH FLOOR IRVINE CALIFORNIA 92612 |
| **Attorney of Record** | ARNOLD M WENSINGER |
| **Disclaimer** | NO REGISTRATION RIGHTS ARE CLAIMED FOR THE WORD "BURGER" APART FROM THE MARK SHOWN, BUT THE APPLICANT WAIVES NONE OF ITS COMMON LAW RIGHTS IN THE MARK SHOWN OR ANY OF THE FEATURES SHOWN. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150409. |
| **Renewal** | 3RD RENEWAL 20150409 |

| Live/Dead Indicator | LIVE |
|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT D

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | IN-N-OUT |
| **Goods and Services** | IC 042. US 100. G & S: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES. FIRST USE: 19490000. FIRST USE IN COMMERCE: 19490000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73133175 |
| **Filing Date** | July 7, 1977 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **1085163** |
| **Registration Date** | February 7, 1978 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE, SUITE 900 IRVINE CALIFORNIA 92612 |
| **Attorney of Record** | ARNOLD M WENSINGER |
| **Prior Registrations** | 1023506;1031095;1031096 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070610. |
| **Renewal** | 2ND RENEWAL 20070610 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

1 of 2       **Exhibit D**       10/28/2015 8:15 AM
         **Page 23**

# EXHIBIT E



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | IN-N-OUT |
| **Goods and Services** | IC 029. US 046. G & S: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19490000. FIRST USE IN COMMERCE: 19490000 |
| | IC 032. US 046. G & S: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19490000. FIRST USE IN COMMERCE: 19490000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73133176 |
| **Filing Date** | July 7, 1977 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1101628 |
| **Registration Date** | September 5, 1978 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE, NINTH FLOOR IRVINE CALIFORNIA 92612 |
| **Attorney of Record** | ARNOLD M WENSINGER |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080108. |
| **Renewal** | 2ND RENEWAL 20080108 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

# EXHIBIT F



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout　Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | IN-N-OUT |
| **Goods and Services** | IC 030. US 046. G & S: CHEESEBURGERS, HAMBURGERS, HOT COFFEE AND MILKSHAKES FOR CONSUMPTION ON OR OFF PREMISES. FIRST USE: 19490000. FIRST USE IN COMMERCE: 19490000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73133174 |
| **Filing Date** | July 7, 1977 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **1101638** |
| **Registration Date** | September 5, 1978 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE, NINTH FLOOR IRVINE CALIFORNIA 92612 |
| **Prior Registrations** | 1023506;1031095;1031096 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080108. |
| **Renewal** | 2ND RENEWAL 20080108 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT G



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 025. US 039. G & S: SHIRTS. FIRST USE: 19870120. FIRST USE IN COMMERCE: 19870515 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.02 - Arrows forming any other geometric figure<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 73724456 |
| **Filing Date** | April 25, 1988 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 6, 1988 |
| **Registration Number** | **1514689** |
| **Registration Date** | November 29, 1988 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE NINTH FLOOR IRVINE CALIFORNIA 92612 |
| **Prior Registrations** | 1023506;1031095;1031096;1085163;1101628;1101638;1281821;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080502. |

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20080502 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

**Exhibit G**
**Page 27**

# EXHIBIT H



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 029. US 046. G & S: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600 |
| | IC 030. US 046. G & S: HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600 |
| | IC 032. US 045. G & S: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600 |
| | IC 042. US 100. G & S: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.02 - Arrows forming any other geometric figure<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 73724430 |
| **Filing Date** | April 25, 1988 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 20, 1988 |
| **Registration Number** | 1516560 |

| | |
|---|---|
| **Registration Date** | December 13, 1988 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE NINTH FLOOR IRVINE CALIFORNIA 92612 |
| **Prior Registrations** | 1023506;1031095;1031096;1085163;1101628;1101638;1281821;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BURGER" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | THE MARK COMPRISES THE WORDS "IN-N-OUT BURGER" IN THE COLOR RED SUPERIMPOSED OVER A STYLIZED ARROW OF THE COLOR YELLOW OUTLINED IN RED. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080502. |
| **Renewal** | 1ST RENEWAL 20080502 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Exhibit H**
**Page 29**

# EXHIBIT I



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT |
| **Goods and Services** | IC 029. US 046. G & S: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19880400. FIRST USE IN COMMERCE: 19880400 |
| | IC 030. US 046. G & S: HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19880400. FIRST USE IN COMMERCE: 19880400 |
| | IC 032. US 045. G & S: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19880400. FIRST USE IN COMMERCE: 19880400 |
| | IC 042. US 100. G & S: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES. FIRST USE: 19870400. FIRST USE IN COMMERCE: 19870400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 73738305 |
| **Filing Date** | July 5, 1988 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 8, 1988 |
| **Registration Number** | **1522799** |

**Exhibit I**
**Page 30**

| | |
|---|---|
| **Registration Date** | January 31, 1989 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 13502 EAST VIRGINIA AVENUE BALDWIN PARK CALIFORNIA 91706 |
| **Attorney of Record** | ARNOLD M. WENSINGER |
| **Prior Registrations** | 1023506;1031095;1031096;1085163;1101628;1101638;1281821;AND OTHERS |
| **Description of Mark** | THE MARK COMPRISES THE WORDS "IN-N-OUT" SUPERIMPOSED OVER A STYLIZED ARROW. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080908. |
| **Renewal** | 1ST RENEWAL 20080908 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT J



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT |
| **Goods and Services** | IC 029. US 046. G & S: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19880400. FIRST USE IN COMMERCE: 19880400 |
| | IC 030. US 046. G & S: HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19880400. FIRST USE IN COMMERCE: 19880400 |
| | IC 032. US 045. G & S: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19880400. FIRST USE IN COMMERCE: 19880400 |
| | IC 042. US 100. G & S: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES. FIRST USE: 19870400. FIRST USE IN COMMERCE: 19870400 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 73738306 |
| **Filing Date** | July 5, 1988 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 29, 1988 |
| **Registration Number** | **1525982** |

| | |
|---|---|
| **Registration Date** | February 21, 1989 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE, NINTH FLOOR IRVINE CALIFORNIA 92612 |
| **Attorney of Record** | ARNOLD M. WENSINGER |
| **Prior Registrations** | 1023506;1031095;1031096;1085163;1101628;1281821;AND OTHERS |
| **Description of Mark** | THE DRAWING IS LINED FOR THE COLORS RED AND YELLOW. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080908. |
| **Renewal** | 1ST RENEWAL 20080908 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT K



**United States Patent and Trademark Office**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR]  [ASSIGN Status]  [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 029. US 046. G & S: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19861201. FIRST USE IN COMMERCE: 19861200 |
| | IC 030. US 046. G & S: HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19861200. FIRST USE IN COMMERCE: 19861200 |
| | IC 032. US 045. G & S: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19861200. FIRST USE IN COMMERCE: 19861200 |
| | IC 042. US 100. G & S: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES. FIRST USE: 19861200. FIRST USE IN COMMERCE: 19861200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.02 - Arrows forming any other geometric figure<br>24.15.25 - Other arrows<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 73724431 |
| **Filing Date** | April 25, 1988 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 13, 1988 |

| | |
|---|---|
| **Registration Number** | **1528455** |
| **Registration Date** | March 7, 1989 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE, 9TH FLOOR IRVINE CALIFORNIA 92612 |
| **Prior Registrations** | 1023506;1031095;1031096;1085163;1101628;1101638;1281821;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BURGER" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | THE MARK COMPRISES THE WORDS "IN-N-OUT BURGER" SUPERIMPOSED OVER A STYLIZED ARROW OF THE COLOR YELLOW WITHIN AN ESSENTIALLY RECTANGULAR BACKGROUND OF THE COLOR RED. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080703. |
| **Renewal** | 1ST RENEWAL 20080703 |
| **Live/Dead Indicator** | LIVE |

**Exhibit K**
**Page 35**

# EXHIBIT L



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 029. US 046. G & S: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600 |
| | IC 030. US 046. G & S: HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600 |
| | IC 032. US 045. G & S: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600 |
| | IC 042. US 100. G & S: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES. FIRST USE: 19870600. FIRST USE IN COMMERCE: 19870600 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.02 - Arrows forming any other geometric figure<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 73724433 |
| **Filing Date** | April 25, 1988 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 13, 1988 |
| **Registration Number** | **1528456** |

| Registration Date | March 7, 1989 |
|---|---|
| Owner | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 13502 EAST VIRGINIA AVENUE BALDWIN PARK CALIFORNIA 91706 |
| Prior Registrations | 1023506;1031095;1031096;1085163;1101628;1101638;1281821;AND OTHERS |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BURGER" APART FROM THE MARK AS SHOWN |
| Description of Mark | THE MARK COMPRISES THE WORDS "IN-N-OUT BURGER" SUPERIMPOSED OVER A STYLIZED ARROW. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080703. |
| Renewal | 1ST RENEWAL 20080703 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT M



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 029. US 046. G & S: MILK AND FRENCH FRIED POTATOES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19861200. FIRST USE IN COMMERCE: 19861200 |
| | IC 030. US 046. G & S: HAMBURGER SANDWICHES AND CHEESEBURGER SANDWICHES, HOT COFFEE, AND MILKSHAKES FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19861200. FIRST USE IN COMMERCE: 19861200 |
| | IC 032. US 045. G & S: LEMONADE AND SOFT DRINKS FOR CONSUMPTION ON OR OFF THE PREMISES. FIRST USE: 19861200. FIRST USE IN COMMERCE: 19861200 |
| | IC 042. US 100. G & S: RESTAURANT SERVICES AND CARRY-OUT RESTAURANT SERVICES. FIRST USE: 19861200. FIRST USE IN COMMERCE: 19861200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.25 - Other arrows<br>26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders |
| **Serial Number** | 73724432 |
| **Filing Date** | April 25, 1988 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 21, 1989 |
| **Registration Number** | **1539451** |

| | |
|---|---|
| **Registration Date** | May 16, 1989 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 CAMPUS DRIVE, 9TH FLOOR IRVINE CALIFORNIA 92612 |
| **Prior Registrations** | 1023506;1031095;1031096;1085163;1101628;1101638;1281821;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BURGER" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | THE MARK COMPRISES THE WORDS "IN-N-OUT BURGER" SUPERIMPOSED OVER A STYLIZED ARROW WITHIN AN ESSENTIALLY RECTANGULAR BACKGROUND. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080703. |
| **Renewal** | 1ST RENEWAL 20080703 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT N



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: watches. FIRST USE: 19880816. FIRST USE IN COMMERCE: 19880816 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: gift certificates. FIRST USE: 19901018. FIRST USE IN COMMERCE: 19901018 |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: coffee mugs and thermal mugs. FIRST USE: 19880816. FIRST USE IN COMMERCE: 19880816 |
| | IC 025. US 022 039. G & S: baseball caps, letterman's jackets, and cooks aprons. FIRST USE: 19880816. FIRST USE IN COMMERCE: 19880816 |
| | IC 042. US 100 101. G & S: retail and mail order services featuring watches, novelty jewelry, key rings, drinking utensils, clothing, aprons and sporting equipment. FIRST USE: 19880816. FIRST USE IN COMMERCE: 19880816 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.02 - Arrows forming any other geometric figure |
| **Serial Number** | 74622923 |
| **Filing Date** | January 19, 1995 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 19, 1995 |

| | |
|---|---|
| **Registration Number** | **1960015** |
| **Registration Date** | March 5, 1996 |
| **Owner** | (REGISTRANT) In-N-Out Burgers CORPORATION CALIFORNIA 4199 Campus Drive 9th Floor Irvine CALIFORNIA 92612 |
| **Attorney of Record** | ARNOLD M WENSINGER |
| **Prior Registrations** | 1023506;1031095;1031096;1085163;1101628;1101638;1514689;1516560;1522799; 1525982;1528455;1528456;1539451;AND OTHERS |
| **Description of Mark** | The mark comprises the words "IN-N-OUT BURGER" superimposed over a stylized arrow. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150820. |
| **Renewal** | 2ND RENEWAL 20150820 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT O



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 030. US 046. G & S: hamburger and cheeseburger sandwiches for consumption on and off the premises. FIRST USE: 19780000. FIRST USE IN COMMERCE: 19780000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.03.06 - Art galleries; Bars, cocktail Lounge; Delicatessens; Discos; Drive-in-theaters; Galleries, art; Grocery stores; Restaurants; Service stations; Stores (building); Supermarket; Theaters 24.15.25 - Other arrows |
| **Serial Number** | 75008259 |
| **Filing Date** | October 20, 1995 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 8, 1996 |
| **Registration Number** | **2026720** |
| **Registration Date** | December 31, 1996 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 Campus Drive, 9th floor Irvine CALIFORNIA 92715 |
| **Attorney of Record** | ARNOLD W. WENSINGER |
| **Prior Registrations** | 1023506;1960015;AND OTHERS |

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BURGER" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070303. |
| **Renewal** | 1ST RENEWAL 20070303 |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT P



**United States Patent and Trademark Office**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | IN-N-OUT |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: watches. FIRST USE: 19880816. FIRST USE IN COMMERCE: 19880816 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: decals in the nature of bumper stickers; publications in the nature of house organs; gift certificates. FIRST USE: 19790000. FIRST USE IN COMMERCE: 19790000 |
| | IC 018. US 001 002 003 022 041. G & S: backpacks. FIRST USE: 19940400. FIRST USE IN COMMERCE: 19940700 |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: coffee mugs and thermal mugs. FIRST USE: 19880816. FIRST USE IN COMMERCE: 19880816 |
| | IC 025. US 022 039. G & S: shirts, baseball caps, letterman's jackets, and cooks aprons. FIRST USE: 19870120. FIRST USE IN COMMERCE: 19870120 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75396996 |
| **Filing Date** | November 28, 1997 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 20, 1998 |
| **Registration Number** | 2217307 |
| **Registration Date** | January 12, 1999 |
| **Owner** | (REGISTRANT) In-N-Out Burgers CORPORATION CALIFORNIA 4199 Campus Drive, 9th Floor Irvine CALIFORNIA 92612 |
| **Attorney of Record** | ARNOLD M. WENSINGER |

| **Prior Registrations** | 1023506;1031095;1031096;1085163;1101628;1101638;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20081030. |
| **Renewal** | 1ST RENEWAL 20081030 |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT Q



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 28 03:20:49 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | IN-N-OUT BURGER |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Financial sponsorship of race cars and race car drivers. FIRST USE: 19850000. FIRST USE IN COMMERCE: 19850000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.02 - Arrows forming any other geometric figure<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons |
| **Trademark Search Facility Classification Code** | ART-24.15 Arrows<br>LETS-1 N A single letter, multiples of a single letter or in combination with a design<br>NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks<br>SHAPES-CHEVRONS Designs with a general shape of a chevron or V character |
| **Serial Number** | 76669013 |
| **Filing Date** | November 14, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 30, 2007 |
| **Registration Number** | 3367471 |
| **Registration Date** | January 15, 2008 |
| **Owner** | (REGISTRANT) In-N-Out Burgers CORPORATION CALIFORNIA 4199 Campus Drive, 10th Floor Irvine CALIFORNIA 92612 |

| | |
|---|---|
| **Attorney of Record** | Valerie L. Sarigumba |
| **Prior Registrations** | 1522799;1525982;1960015;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words IN-N-OUT BURGER superimposed over an arrow. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Exhibit Q**
**Page 47**

# EXHIBIT R

DoorDash Food Delivery | Pick Your Restaurant

Page 3 of 5

Hook Burger
Burgers
🕐
44 mins

Hooters
American, Chicken
Wings
🕐
37 mins

Hy Mart Sandwiches
Sandwiches,
Mediterranean
🕐
40 mins

IHOP
Diner, Breakfast &
Brunch
🕐
38 mins


In-N-Out
Fresh, Fast Burgers
🕐
50 mins


Jamba Juice
Juice, Smoothies
🕐
42 mins


Jersey Mike's
Delis, Fast Food,
Sandwiches
🕐
43 mins


Jinya Ramen Bar
Ramen
🕐
44 mins


Joe's Falafel
Mediterranean
🕐
50 mins


KFC (Victory)
Fried chicken & sides
🕐
42 mins


Kreation Organic
Juicery
Juice Bars &
Smoothies
🕐
44 mins


Lotus Vegan
Vegan, Thai
🕐
40 mins


Lucky 7 Pizza
Pizza
🕐
44 mins


Mama Hong's
Vietnamese Kitchen
Vietnamese
🕐
44 mins


Mantee Cafe
Mediterranean,
Armenian, Lebanese
🕐
50 mins


McDonald's
Fast Food, Burgers
🕐
38 mins


Mi Corazon
Mexican
🕐
40 mins


Monte Carlo Deli &
Pinocchio's
Restaurant
Delis, Italian
🕐
40 mins


Moto Sushi
Japanese, Sushi
🕐
40 mins


Niko Niko Sushi
Sushi Bar, Japanese
🕐
38 mins

54 mins


51 mins

63 mins

42 mins


Coral Tree Cafe
Breakfast & Brunch,
Sandwiches


42 mins


Daglas Drive In
Burgers


51 mins


Denj Restaurant
Persian/Iranian


45 mins


Denny's
Diner


44 mins


El Patron
Mexican


46 mins


Fab Hot Dogs (LA
Valley)
Fast Food, Hot Dogs

58 mins


Fatburger
Burgers, Fast Food,
American


52 mins


Fuddruckers
Burgers, American


51 mins


Green Olive
Mediterranean


47 mins


Guido's Pizza & Pasta
Pizza


43 mins


IHOP
Diner, Breakfast &
Brunch


41 mins


In-N-Out
Fresh, Fast Burgers


40 mins


Jamba Juice
Juice, Smoothies


42 mins


Jersey Mike's
Delis, Fast Food,
Sandwiches


45 mins


Johnny Pacific
American (New),
Caribbean, Latin
American


49 mins


KFC (Tarzana)
Fried chicken & sides

43 mins


Karma Bistro


Le Pain Quotidien


Lola's Chicken


Maria's Italian Kitchen


40 mins


52 mins


42 mins

Burgers, Fast Food,
American

45 mins


Fish Dish
Seafood

54 mins


Fuddruckers
Burgers, American

49 mins


Garden Cafe
American (New),
Breakfast & Brunch,
Pizza

50 mins


Gold Yaki & Burger

Gold Yaki & Burger
Burgers

50 mins


Grandma's Thai
Kitchen
Thai

45 mins


Guido's Pizza & Pasta
Pizza

49 mins

Healthy Wok

Healthy Wok
Chinese

49 mins


Hot Wing's Cafe
Wings

47 mins


Hugo's Tacos
Mexican

52 mins


IHOP
Diner, Breakfast &
Brunch

50 mins


In-N-Out
Fresh, Fast Burgers

40 mins


Jersey Mike's
Delis, Fast Food,
Sandwiches

44 mins


Jinky's Cafe
Breakfast

53 mins


Joe Peep's NY Pizza
Pizza, Italian

50 mins


Juice Crafters
Breakfast & Brunch,
Desserts, Juice Bars &
Smoothies

53 mins

KFC
Fried chicken & sides

51 mins

# EXHIBIT S



Exhibit S
Page 51