RICHARD H. ZAITLEN (SBN 63283)
richard.zaitlen@pillsburylaw.com
ROBERT WALLAN (SBN 126480)
robert.wallan@pillsburylaw.com
JENNIFER A. SEIGLE (SBN 285670)
jennifer.seigle@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile No.: (213) 629-1033

Attorneys for Plaintiff
In-N-Out Burgers

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN-N-OUT BURGERS, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOORDASH, a California company,<br><br>Defendant. | Case No. 8:15-cv-01826-JLS(JCGx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

1  NOTICE IS HEREBY GIVEN THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff In-N-Out Burgers hereby voluntarily dismisses the above captioned action with prejudice.

Dated: January 15, 2016

                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                    RICHARD H. ZAITLEN
                    ROBERT WALLAN
                    JENNIFER SEIGLE

                    By    /s/ Richard H. Zaitlen
                             Richard H. Zaitlen
                            Attorneys for Plaintiff
                            In-N-Out Burgers